eos products - shave cream, organic lip balm and natural body lotion

http://evolutionofsmooth.com/locator/

- Home
- Products
- Where to Buy
- Online Store
- About eos
- Press
- Contact

**Home**

home : where to buy

## where to buy eos products

Use our directory to find an **eos** retailer near you in the USA or Canada. Please note that retailers may carry a limited selection of **eos** products. The full line of **eos** products can be found at the eos[tm] online store and at select online retailers.



tire **eos** line, please visit the eos[tm] online store.

## International

eos products - shave cream, organic lip balm and natural body lotion

http://evolutionofsmooth.com/locator/

lso available at walgreens.com.

For international sales inquiries or if you're having trouble finding eos in your hometown, please contact us for more information.

contact us

lso available at target.com.

lso available at riteaid.com.

lso available at cvs.com.

lso available at costco.com

are also available at walmart.com.

are also available at drugstore.com.

are also available at amazon.com.

are also available at soap.com.

are also available at well.ca

eos home

eos products - shave cream, organic lip balm and natural body lotion

http://evolutionofsmooth.com/locator/

- home
- products
- where to buy
- about eos™

- press
- contact us
- store
- site map

© 2010 eos Products, LLC. All rights reserved.
terms of use | privacy policy

join our mailing list

e-mail address    Submit
follow us:

