IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00170-PAB-KLM

ORALABS, INC., a Colorado Corporation,

    Plaintiff,

v.

THE KIND GROUP LLC, a New York Limited Liability Company,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated Protective Order** [Docket No. 36; Filed May 15, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#36-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: May 15, 2013