IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00170-PAB-KLM

ORALABS, INC., a Colorado Corporation,

    Plaintiff,

v.

THE KIND GROUP LLC, a New York Limited Liability Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Amend Counterclaims** [Docket No. 41; Filed May 23, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED**. The Clerk of the Court shall accept Defendant's Amended Counterclaims [#41-1] for filing as of the date of this Minute Order.

    Dated:  June 3, 2013