IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00170-PAB-KLM

ORALABS, INC., a Colorado Corporation,

    Plaintiff,

v.

THE KIND GROUP LLC, a New York Limited Liability Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File Sur-reply and Accompanying Declaration in Further Opposition to Defendant The Kind Group LLC's Motion for Leave to Amend Counterclaims [Doc. No. 49] (With Incorporated D.C.COLO.LCivR 7.1(a) Certificate of Compliance)** [#63] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#63] is **DENIED**.  Sur-replies are not contemplated by the Federal Rules of Civil Procedure or the Local Rules of Practice.  The Court is adequately advised of the issues on the parties' present briefings.

    Dated:  March 10, 2014