IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00170-PAB-KLM

ORALABS, INC., a Colorado Corporation,

      Plaintiff,

v.

THE KIND GROUP LLC, a New York Limited Liability Company,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's unredacted **Expedited Motion for Leave to Amend Scheduling Order in a Patent Case [Doc. No. 35] to Allow for Additional Depositions (With Incorporated D.C.COLO.LCivR 7.1(a) Certificate of Compliance)** [#81] (the "Unredacted Motion") and on Plaintiff's redacted **Expedited Motion for Leave to Amend Scheduling Order in a Patent Case [Doc. No. 35] to Allow for Additional Depositions (With Incorporated D.C.COLO.LCivR 7.1(a) Certificate of Compliance)** [#77] (the "Redacted Motion").

IT IS HEREBY **ORDERED** that the Redacted Motion [#77] is **DENIED as moot**. An order will issue in due course on the Unredacted Motion [#81], which is identical to the Redacted Motion except for the redaction of four paragraphs in the latter Motion.

IT IS FURTHER **ORDERED** that, in consideration of the impending Fact Discovery Deadline of April 30, 2014, Defendant shall file a Response to the Unredacted Motion [#81] **on or before April 4, 2014**. Plaintiff may file a Reply **on or before April 9, 2014**.

Dated:  March 27, 2014