IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00170-PAB-KLM

ORALABS, INC., a Colorado Corporation,

    Plaintiff,

v.

THE KIND GROUP LLC, a New York Limited Liability Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Add Subsidiary as Co-Counterclaimant** [#120] (the "Motion"). Defendant seeks to add eos Products LLC, its wholly-owned subsidiary, as a co-counterclaimant through the filing of its Second Amended Counterclaims. Plaintiff does not oppose the requested amendment. Having reviewed the Motion and the proposed Second Amended Counterclaims, the Court finds that Defendant has complied with the mandates of Fed. R. Civ. P. 16(b)(1) (stating that a "schedule may be modified only for good cause"), 15(a)(2) (stating that the Court "should freely give leave [to amend] when justice so requires), 13(h) (stating that "Rules 19 and 20 govern the addition of a person as a party to a counterclaim"), and 20(a) (stating the circumstances under which a party may be permissively joined to an action). *See generally JAH IP Holdings, LLC v. Della Parola Holding Co., LLC*, No. 13-cv-02195-MSK-KLM, 2014 WL 4375932 (D. Colo. Sept. 4, 2014). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#120] is **GRANTED**.

    IT IS FURTHER **ORDERED** that Defendant shall file a clean, non-redlined version of the Second Amended Counterclaims **on or before September 17, 2014**.

    DATED: September 10, 2014