IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00170-PAB-KLM

ORALABS, INC., a Colorado Corporation,

    Plaintiff/Counterclaim Defendant,

v.

THE KIND GROUP LLC, a New York Limited Liability Company,

EOS PRODUCTS LLC, a New York Limited Liability Company,

    Defendants/Counterclaim Plaintiffs.

## DECLARATION OF PATRICIA Y. HO IN SUPPORT OF
## MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. BRUCE ISAACSON

I, Patricia Y. Ho, hereby declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth below and, if called upon to do so, could and would competently testify thereto.

2. I am an associate attorney with the law firm of Sheridan Ross P.C., located in Denver, Colorado, counsel for Plaintiff/Counterclaim Defendant OraLabs, Inc. ("OraLabs") in the above-captioned action. I am familiar with the matters set forth in this Declaration. I make this Declaration in support of the concurrently filed Motion in Limine to Exclude Testimony of Dr. Bruce Isaacson ("Motion").

3. Attached hereto as Exhibit A is a true and correct copy of the May 28, 2014 Expert Report of Dr. Bruce Isaacson.

4. Attached hereto as Exhibit B is a true and correct copy of relevant portions of the July 8, 2014 deposition transcript of Dr. Bruce Isaacson.

5. As part of this litigation, Kind Group produced third party syndicated MRI data, which was bates labeled EOS00010858 and EOS00010860 on April 28, 2014, which was available to Dr. Isaacson. The data reflects that Kind Group's eos SMOOTH SPHERE™ lip balm product competes for purchases in each gender and almost every age category.

6. Attached hereto as Exhibit C is a true and correct copy of "The Demographics of Social Media Users – 2012," *Pew Research Center's Internet & American Life Project.* February 14, 2013, which is available at http://www.pewinternet.org/2013/02/14/thedemographics-of-social-media-users-2012/, and also cited in the August 14, 2014 Rebuttal Expert Report of Phil Johnson.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this October 6, 2014.

s/ Patricia Y. Ho
Patricia Y. Ho

## CERTIFICATE OF SERVICE

I hereby certify that on this October 6, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    s/ Mollie K. McDonald
                                                    Mollie K. McDonald
Assistant to John R. Posthumus, Patricia Y. Ho and Justin R. Cruz
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202-5141
Telephone:    (303) 863-9700
Facsimile:    (303) 863-0223
E-mail: mmcdonald@sheridanross.com
        litigation@sheridanross.com