**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 31, 2015 |
| Court Reporter: Janet Coppock | Time: one hour and 28 minutes |

**CASE NO.  13-cv-00170-PAB-KLM**

<u>Parties</u>                                                                        <u>Counsel</u>

**ORALABS, INC.,**                                               John Posthumus
                                                                              Hiwot Covell
         Plaintiff,                                                    Todd Blakely
                                                                              Patricia Ho

vs.

**THE KIND GROUP, LLC, and**                        John Froemming
**EOS PRODUCTS, LLC,**                                Tracy Stitt


         Defendant.

**TRIAL PREPARATION CONFERENCE**

**1:32 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for an 8-day jury trial commencing **August 17, 2015 at 8:00 a.m.**

Court and counsel discuss pending motions.

**ORDERED:**  Kind Group's Motion Regarding Order of Presentation at Trial [Docket No. 277], is **GRANTED.**

Page Two
13-cv-00170-PAB-KLM
July 31, 2015

**ORDERED:** Counsel shall submit a proposed preliminary jury instruction regarding the order of presentation at trial.

**ORDERED:** Kind Group's reply to OraLabs' responses to motions in limine are due **August 3, 2015.**

Court and counsel discuss Judge Brimmer's Practice Standards including jury selection of 9, voir dire by counsel limited to 15 minutes, opening statements limited to one hour, proposed voir dire questions, witnesses and exhibits.

**ORDERED:** Counsel shall file a statement of the case.

**3:00 p.m.     COURT IN RECESS**

**Total in court time:        88 minutes**

**Hearing concluded**