IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00170-PAB-KLM

ORALABS, INC., a Colorado Corporation

      Plaintiff,

v.

THE KIND GROUP, LLC, a New York Limited Liability Company, and
EOS PRODUCTS, LLC, a New York Limited Liability Company,

      Defendants.

---

## ORDER FOR JURY COST ASSESSMENT

---

      Local Rule 54.2 states that "[u]nless the court is notified in writing before noon on the last business day before trial that a civil action has been resolved, jury costs may be assessed against any party or counsel."  A jury trial was scheduled to begin in the above entitled case on Monday, August 17, 2015, before United States District Judge Philip A. Brimmer.  On Sunday, August 16, 2015, the parties notified the Court that a settlement had been reached.

      Twenty-seven jurors reported to the United States District Court, Alfred A. Arraj Courthouse, for jury selection on Monday, August 17, 2015.  Jury costs for the twenty-seven jurors who reported for selection amounts to $2,279.46.  These costs will be equally apportioned between the parties.  Pursuant to D.C. COLO. LCivR 54.2, it is

      **ORDERED** that each party be assessed $1,139.73.  These costs are to be paid to the Clerk of the United States District Court no later than September 7, 2015.

DATED August 19, 2015.

BY THE COURT:


s/Philip A. Brimmer
Philip A. Brimmer
United States District Judge